UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJ POMBRA,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 21-cv-02420-DMR<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 32 |

On July 5, 2022, the court ordered the parties to submit a joint status report or request for dismissal by no later than September 5, 2022. [Docket No. 32.] The parties failed to comply. Accordingly, by no later than September 12, 2022, the parties shall each show cause why they should not be sanctioned for their failure to comply with the court's July 5, 2022 Order.

**IT IS SO ORDERED.**

Dated: September 7, 2022



Donna M. Ryu
United States Magistrate Judge